In the Matter of HOME OWNERS' LOAN CORPORATION, Petitioner, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, and ALMERINDO PORTFOLIO, as Treasurer of the City of New York, Respondents.

Supreme Court, Special Term, New York County, January 9, 1942.

*J. D. Menkes* [*J. N. Thompson* and *S. H. Trevas* of counsel], for the petitioner.

*William C. Chanler, Corporation Counsel* [*Milton Sandberg, Edward B. Hennefeld* and *S. C. Levine* of counsel], for the respondents.

BENVENGA, J. The motion for reargument is granted, the decision withdrawn, and the findings vacated. The decision in this action (176 Misc. 916) was based upon the authority of *Federal Land Bank* v. *Bismarck Lumber Co.* (70 N. D. 607; 297 N. W. 42). Since the decision herein, the Supreme Court of the United States has reversed the judgment in the *Federal Land Bank* case (314 U. S. 95). : Settle judgment. Findings of fact and conclusions of law signed.